In re LOUIS VIRGIL NORTON.

No. A-5674. Opinion Filed Nov. 28, 1925.
(240 Pac. 1117.)

E. C. Patton, for petitioner.

The Attorney General, for respondent.

PER CURIAM. The petitioner says that he is illegally restrained of his liberty by Henry Law, sheriff of Blaine county; that the cause of his restraint is that the petitioner was convicted of the illegal sale of intoxicating liquor in the state of Louisiana, and was sentenced to serve a term of 30 days in jail and to pay a fine of $300; that he served the jail sentence and worked on the parish roads and highways for a period of 3 months, when the sheriff of the parish voluntarily discharged the petitioner, in order that he might arrange for the balance of the fine, amounting to $200; that thereupon the petitioner came to his home in Watonga, where he undertook to raise sufficient money to pay the fine, but was unable to do so; that thereafter the Governor of Louisiana issued a requisition for his return to that state, and the petitioner was taken into custody and incarcerated in the jail of Blaine county, where he was kept for a period of 14 days, awaiting the arrival of the authorities from Louisiana, and then released; that again the petitioner was arrested on demand of the Louisiana sheriff, and again placed in the jail of Blaine county, and he now asks that a writ of habeas corpus issue, and that he be given his liberty. Upon the showing made and the evidence heard, the court finds that this is an effort to collect a fine in the nature of a debt, and that the writ should be and is hereby allowed, and the petitioner discharged.